UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ALBERT WORTHEN,<br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br>Defendants. | 1:25-cv-01444-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **INMATE MATTHEW ALBERT WORTHEN, CDCR # AU-7280**<br><br>DATE: November 16, 2026<br>TIME: 8:30 a.m. |

**Inmate Matthew Albert Worthen**, **CDCR #AU-7280**, a necessary and material participant on his behalf in a settlement conference on November 16, 2026, is confined at California State Prison, Corcoran, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to **appear <u>in person</u> before United States Magistrate Judge Frank J. Singer (FJS) at California State Prison, Corcoran (CSP-COR), 4001 King Avenue, Corcoran, CA 93212 on November 16, 2026, at 8:30 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above **to appear in person**, **along with any necessary legal property**, before the United States District Court at the time and place above, until completion of Court proceedings or as ordered by the Court;

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison, Corcoran:**

**WE COMMAND** you to produce the inmate named above **to appear in person**, **along with any necessary legal property**, at the time and place above, until completion of the proceedings, or as ordered by the Court.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **October 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge