UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MATTHEW ALBERT WORTHEN,

Plaintiff,

v.

CDCR, et al.,

Defendants.

Case No. 1:25-cv-01444-SAB

ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS

(ECF No. 20)

The Court conducted a settlement conference in this action on November 16, 2026, at which the parties reached a settlement agreement. The parties will prepare a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositive documents within sixty (30) days of entry of this order.

IT IS SO ORDERED.

Dated: **November 16, 2026**

UNITED STATES MAGISTRATE JUDGE