# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ALBERT WORTHEN,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | Case No. 1:25-cv-01444-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MATTHEW ALBERT WORTHEN, CDCR #AU-7280<br><br>(ECF No. 22) |

A settlement conference in this matter was held on November 16, 2026. Inmate Matthew Albert Worthen, CDCR #AU-7280, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED

Dated: **November 16, 2026**

UNITED STATES MAGISTRATE JUDGE