# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MATTHEW ALBERT WORTHEN,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

Defendants.

Case No. 1:25-cv-01444-SAB (PC)

ORDER DIRECTING CLERK OF COURT ADJUST DOCKET TO REFLECT STIPULATED DISMISSAL OF DEFENDANTS CONALL MCCABE, NURSE BUELNA, AND MARIE RUSSELL

(ECF No. 27)

On November 18, 2026, Plaintiff and Defendants Conall McCabe, Nurse Buelna, and Marie Russell filed a stipulation dismissing the claims against these Defendant with prejudice.[1] (ECF No. 27.) In light of the stipulation, these Defendants have been dismissed pursuant to the terms of the stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii); see Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)

Accordingly, the Clerk of the Court is DIRECTED to TERMINATE Defendants Conall McCabe, Nurse Buelna, and Marie Russell on the docket to reflect the stipulated dismissal pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **November 19, 2026**

STANLEY A. BOONE
United States Magistrate Judge

[1] In their stipulation, the parties stylized the Defendants as "McCabe, M.D., J. Buelna, and M. Russell." In order to avoid confusion, the Court will use the names of these defendants as listed on the docket in this order.